UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

FILED
07 AUG 16 PM 2:20

Jonathan Lee Riches©
"Secured PARTY",
Plaintiff

vs

CIVIL NO. 1:07CV2486

JUDGE BOYKO

MAG. JUDGE BAUGHMAN

LEBRON JAMES;
MICHAEL VICK;
WAYNE GRETZKY;
MICHAEL JORDAN;
JOE MONTANA;
TONY MONTANA;
MICKEY MANTLE;
ALLEN IVERSON,

DEFENDANTS

COMPLAINT
"FRAUD IN SPORTS"
"CHEATING THE AMERICAN PEOPLE"
"TRO TEMPORARY RESTRAINING ORDER"

This is a complaint under 42 U.S.C. 1983, Lanham act, Copyright act, Patent violation, common law unfair competition, Age discrimination in Employment act, Trading with the Enemy Act, Civil Rights violations, Federal tort claims inflicted, charges include: Identity theft, fraud, Hacking, Sabotage, treason, Murder, Injury to wildlife, illegal sports betting, bad debt, illegal wiretapping, conspiracy.

Comes now the Plaintiff Jonathan Lee Riches© "Secured Party", in pro-se, Moves this Honorable Court to issue an order for all DEFENDANTS named in this suit to respond. Moves this honorable Court to issue Counsel for Plaintiff. Moves this Honorable Court to issue a TRO Temporary Restraining Order Against All defendants, defendants associates, from any contact with Plaintiff. Plaintiff requests a Jury trial. As Plaintiffs federal constitutional rights are being violated under the 1st, 2nd, 3rd, 4th, 5th, 6th, 8th, 14th amendments. For Relief, Plaintiff seeks 83,000,000,000.00 Billion dollars collectively from Defendants to be donated to the following causes; Greensburg Kansas Tornado victims, Kent State Massacre victims, Richard Jewel, 2600.com, Coal Miners, Skid Row section of L.A.

1.

DEFENdants are in a super vast conspiracy to ruin my life and hijack my brain. My name is Jonathan Lee Riches, "Secured Party" under the Uniform Commercial code, Serving 125 months in Federal Prison for Identity theft, fraud, Hacking, Phishing, Spamming. My case was from the Southern District of Texas, CASE # H-03-90.

2.

Defendant LeBron James has a secret relationship with my Sentencing Judge Melinda Harmon, Both violated my 6th amendment rights under Booker and FanFan enhancing me under the federal sentencing guidelines Without being proven by a Jury, or was in my Indictment. I was enhanced millions of dollars in fraud losses. Defendant James forced me into a federal penitentiary, Now I'm in a FCI over 500 miles from my home. Defendant James will not feed me. I came to prison at a Healthy 170 lbs, Now I currently weigh 125 lbs at 5ft 10 inches. I have pictures to prove this and can submit upon request.

### 3

All Defendants are in violation of copyright laws putting my copyright mugshot picture on the Hillsborough County Florida Jail, Tampas Inmate lookup site without my consent. Michael Jordan wears Jonathan Riches t-shirts. Wayne Gretzky carries Jonathan Lee Riches Bibles. Football great Joe Montana is in business with Gangster Tony Montana, both use the Jonathan Lee Riches name. I've been copyrighted since 1994, the conspiracy started then and lasts to this day. Yesterday for example, Mickey Mantle tried to get JC Penney's store credit in my name. Michael Vick has used my credit in Ohio since he was drafted.

### 4

Defendants are in violation of common law unfair competition. I dunked over Mr. Jordan in highschool. Mr. James hired a croonie to bust my knee cap. James took out a car loan in my name in 2003 to buy a hummer. Defendants are involved with Global warming, endangering wildlife, setting wire fires out west. Dec 6th, 2003 I caught Defendants with gas cans along I-70

### 5

Defendants picked on me in High School. They tied my shoes together, put bubblegum on my bicycle seat, my lunch money was stolen to purchase performance enhancement drugs, Hgh. All Defendants have victor Conte's from Balco Labs Phone# number stored in their cell phones.

### 6

- Defendants bet on sports.
- Defendants hunt without liscences.
- April 20th, 2002 Defendants were seen with the Iranians.
- Defendants hired Robotic guards to work at FCI Williamsburg
- Defendants fought in the battle of Hastings 1066 with the Duke of Normandy.

Case 1:07-cv-02486-CAB   Document 1   Filed 08/16/2007   Page 6 of 8

7

Plaintiff is entitled for relief under the Whistle blowing Act

8

Defendants send me hate mail to prison.
Defendants put flouride in the water system
Defendants failed to build a Anti-ufo defense system at FCI Williamsburg
Defendants took fruit away from the prison commissary

9

Defendants with CNN, had a show called CNN special Investigative Unit "How to Rob a bank", did a program on me violating my copyrighted property.

10

Defendants broke into watergate in the 1970's

11

Plaintiff requests this honorable Court for a restraining order for no more use of my copyrighted name and property

Conclusion

For all the reasons mention, Plaintiff prays this Court for relief

respectfully submitted

Jonathan Lee Riches ©
U.C.C 1-308

Jonathan Lee Riches ©
#40948-018
Federal Correctional Institution
P.O. Box 340
Salters, SC 29590

[ DUE TO Restrictions on typewriters this suit was Handwritten ]

Case 1:07-cv-02486-CAB    Document 1    Filed 08/16/2007    Page 8 of 8