```
                            FILED

                         AUG 23 2007

                         CLERK OF COURTS
                    U.S. DISTRICT COURT, N.D.O.
                         CLEVELAND
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JONATHAN LEE RICHES,          ) | CASE NO. 1:07 CV 2486 |
| )  | |
| Plaintiff,         ) | JUDGE CHRISTOPHER A. BOYKO |
| )  | |
| v.                ) | |
| )  | MEMORANDUM OF OPINION |
| LEBRON JAMES, et al.,          ) | AND ORDER |
| )  | |
| Defendants.         ) | |

On August 16, 2007, plaintiff <u>pro se</u> Jonathan Lee Riches filed the above-captioned action against Lebron James, Michael Vick, Wayne Gretzky, Michael Jordan, Joe Montana, Tony Montana, Mickey Mantle and Allen Iverson.[1]  For the reasons stated below, this action is dismissed.

The complaint does not contain coherent, intelligible claims for relief.  A finding of frivolousness is appropriate "when the facts alleged rise to the level of the irrational or wholly incredible ..."  <u>Denton v. Hernandez</u>, 504 U.S. 25 (1992).  Even liberally construed, the complaint does not set forth allegations

---

[1] The court takes notice that Mickey Mantle is, unfortunately, deceased, and that "Tony Montana" is a fictional film character.

reasonably suggesting plaintiff might have a valid federal claim. This action is therefore appropriately subject to summary dismissal. Apple v. Glenn, 183 F.3d 477 (6th Cir. 1999); see Hagans v. Lavine, 415 U.S. 528, 536-37 (1974)(citing numerous Supreme Court cases for the proposition that attenuated or unsubstantial claims divest the district court of jurisdiction); In re Bendectin Litig., 857 F.2d 290, 300 (6th Cir.1988)(recognizing that federal question jurisdiction is divested by unsubstantial claims).

Accordingly, this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE