FILED

AUG 23 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JONATHAN LEE RICHES, | ) CASE NO. 1:07 CV 2486 |
| Plaintiff, | ) JUDGE CHRISTOPHER A. BOYKO |
| v. | ) |
| LEBRON JAMES, et al., | ) JUDGMENT ENTRY |
| Defendants. | ) |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

*Christopher A Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com