UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Jonathan Lee Riches©,
Plaintiff

V.

CASE NO: 1:07CV2486

LEBRON JAMES, et al

## NOTICE OF APPEAL

Comes now the Plaintiff, Jonathan Lee Riches© A/K/A "Jonny Sue-Nami", in pro-se, Moves this Honorable Court to Appeal Judge Christopher A. Boyko's Memorandum order dismissing this suit. Moves to Appeal to the Court of Appeals

Only Lebron James can unlock the Zodiac Mystery. Its in his head, open it and you will see

Respectfully Submitted

Signature upside down

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843)-(387)-9400

"The digital criminal, unique individual, these beats in intervals"