UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | CASE NO. 1:07 CV 2486 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LEBRON JAMES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On August 30, 2007, pro se plaintiff Jonathan Lee Riches filed a Notice of Appeal in the above-captioned civil case. Pursuant to 28 U.S.C. § 1915(a), a court may authorize the commencement of an appeal without prepayment of fees if an applicant has shown by affidavit that he satisfies the criterion of poverty. However, prisoners become responsible for paying their filing fees and costs from the moment the notice of appeal is filed. 28 U.S.C. § 1915(b); McGore v. Wrigglesworth, 114 F.3d 601, 604 (6th Cir.1997). When an inmate seeks pauper status, the only issue for the court to determine is whether the inmate pays the entire fee at the initiation of the proceeding or over a period of time under an installment plan. Id. Prisoners are no longer entitled to a waiver of fees and costs. Id. Therefore, prisoners pursuing an appeal must either pay the full filing for the appeal of $455, or seek pauper status by filing a financial application and a certified copy of the prisoner's trust account statement for the six month period immediately preceding the filing of the notice of appeal. 28 U.S.C. § 1915(a)(2); McGore, 114 F.3d at 608.

Plaintiff is a prisoner in a correctional institution. Furthermore, he has not paid the

filing fee of $455 nor has he requested pauper status for this appeal. Accordingly, pursuant to 28 U.S.C. § 1915(b), plaintiff is hereby ordered to pay the full fee of $455 if funds to pay it exist in his prisoner account.[1] If plaintiff does not have funds in the account to pay the entire fee at once, he is ordered to complete and submit the accompanying Financial Application for Appeal, including a certified copy of his trust account statement, within 30 days of the date of this order. **Plaintiff is to submit the entire Application at one time.** The court will assess, and when funds exist, collect the full fee as provided by law.

Plaintiff is hereby notified that if he does not pay the full filing fee or file the Financial Application within thirty (30) days, the United States Court of Appeals for the Sixth Circuit may dismiss the appeal for want of prosecution under Rule 45(a) of the Rules of the Sixth Circuit, and this court will assess the filing fee. Further, if the appeal is dismissed for want of prosecution, it will not be reinstated despite payment of the full filing fee or subsequent correction of the deficiency.

IT IS SO ORDERED.

FILED
SEP 0 4 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

_/s/ Christopher A. Boyko_
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

---

[1] Checks are to be made payable to: Clerk, U.S. District Court. Plaintiff's name <u>and this case number</u> must appear on the check. Only a single, full payment in the amount of $455.00 will comply with this court's order.

APL-1 (7/96) N.D. OHIO

UNITED STATES DISTRICT COURT<br>
NORTHERN DISTRICT OF OHIO

# FINANCIAL APPLICATION FOR APPEAL

In order for the court to determine whether to grant in forma pauperis status on appeal, **you must complete and submit all parts of this Application together at one time.** The Application includes:

> 1. The Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis
>
> 2. The Request for Certified Account Statement and Acknowledgment of Understanding

===========================================================

**IF YOU CURRENTLY HAVE $455 IN YOUR ACCOUNT, YOU SHOULD NOT COMPLETE THIS APPLICATION. INSTEAD, IF YOU WISH TO PURSUE YOUR APPEAL, YOU SHOULD SUBMIT A CHECK FOR THE FULL FEE, WHICH IS $455.00.**

**CHECKS ARE TO BE MADE PAYABLE TO:**

> Clerk, U.S. District Court

**IF YOU DO NOT HAVE FUNDS TO PAY THE FULL FEE, COMPLETE THE APPLICATION, WHICH INCLUDES: 1) THE AFFIDAVIT OF PRISONER, AND 2) THE REQUEST FOR CERTIFIED ACCOUNT STATEMENT AND ACKNOWLEDGMENT OF UNDERSTANDING.**

===========================================================

**FORM 4.**

## AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

United States District Court for the
\_\_\_\_\_ District of _____

| | | |
|---|---|---|
| A. B., <u>Plaintiff</u> | ] | |
| | ] | |
| v. | ] | Case No. |
| | | _____ |
| | ] | |
| C. D., <u>Defendant</u> | ] | |

**Affidavit in Support of Motion**

**Instructions**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. §§ 1746; 18 U.S.C. §§ 1621.)

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed:_____   Date:

My issues on appeal are:

For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $____ | $____ | $____ | $____ |
| Self-employment | $____ | $____ | $____ | $____ |
| Income from real property (such as rental income) | $____ | $____ | $____ | $____ |
| Interest and dividends | $____ | $____ | $____ | $____ |
| Gifts | $____ | $____ | $____ | $____ |
| Alimony | $____ | $____ | $____ | $____ |
| Child support | $____ | $____ | $____ | $____ |
| Retirement (such as social security, pensions, annuities, insurance) | $____ | $____ | $____ | $____ |
| Disability (such as social security, insurance payments) | $____ | $____ | $____ | $____ |
| Unemployment payments | $____ | $____ | $____ | $____ |
| Public-assistance (such as welfare) | $____ | $____ | $____ | $____ |
| Other (specify):_ | $____ | $____ | $____ | $____ |
| | $____ | $____ | $____ | $____ |

**Total monthly income:**

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. How much cash do you and your spouse have? $_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| | | Make & year: _____ |
| _____ | _____ | Model: _____ |
| _____ | _____ | |
| _____ | _____ | Registration # _____ |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: _____ | _____ | _____ |
| Model: _____ | _____ | _____ |
| Registration # _____ | _____ | _____ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ _____ | $ _____ |
| Are real estate taxes included? [ ] Yes [ ] No  Is property insurance included? [ ] Yes [ ] No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ _____ | $ _____ |
| Home maintenance (repairs and upkeep) | $ _____ | $ _____ |
| Food | $ _____ | $ _____ |
| Clothing | $ _____ | $ _____ |
| Laundry and dry-cleaning | $ _____ | $ _____ |
| Medical and dental expenses | $ _____ | $ _____ |
| Transportation (not including motor vehicle expenses | $ _____ | $ _____ |
| Recreation, entertainment, newspapers, magazines, etc. | $ _____ | $ _____ |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ _____ | $ _____ |
| Life | $ _____ | $ _____ |
| Health | $ _____ | $ _____ |
| Motor vehicle | $ _____ | $ _____ |
| Other: | $ _____ | $ _____ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ _____ | $ _____ |
| Installment payments | $ _____ | $ _____ |
| Motor Vehicle | $ _____ | $ _____ |
| Credit card (name): | $ _____ | $ _____ |
| Department store (name): | $ _____ | $ _____ |
| Other: | $ _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ _____ | $ _____ |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ _____ | $ _____ |
| Other (specify): | $ _____ | $ _____ |
| Total monthly expenses: | $ _____ | $ _____ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes [ ] No If yes. describe on an attached sheet.

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case. including the completion of this form?

[ ] Yes [ ] No If yes. how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case. including the completion of this form?

[ ] Yes [ ] No If yes, how much? $_____

If yes. state the person's name, address, and telephone number:

_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.




13. State the address of your legal residence.

_____
_____
_____

Your daytime phone number: (____) _____

Your age:_____ Your years of schooling: _____

Your social-security number:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

# REQUEST FOR CERTIFIED ACCOUNT STATEMENT
# AND
# ACKNOWLEDGMENT OF UNDERSTANDING

I request that an authorized officer of the institution in which I am confined, or other designated entity, complete the section below concerning my prisoner account statement. Pursuant to amended 28 U.S.C. § 1915:

### I UNDERSTAND THAT:

If I commence an appeal in the United States Court of Appeals for the Sixth Circuit, the fee is $455.00.

### FURTHER, I understand that:

If I do not have the funds to pay the full fee as provided above, I must pay an initial partial fee of 20% of the greater of

-- the average monthly deposits in my account

### OR

-- the average monthly balance in my account

for the 6 month period immediately preceding the filing of my notice of appeal.

### FURTHER, I understand that:

If I do not currently have funds in my prisoner account to pay the initial partial fee, the agency having custody of me is required by law to and will forward said fee when funds become available in my account.

### FURTHER, I understand that:

After the payment of the initial partial fee, the agency having custody of me is required by law to and will forward installment payments from my account equaling 20% of the preceding month's income credited to my account each time the amount in the account exceeds $10. Such installment payments must be made until the fee is paid in full.

**FURTHER, I understand that:**

Regardless of the outcome of my appeal, I am liable for the full fee. I further understand that I will continue to be liable for the full amount of the fee even after I am released from incarceration.

I have read the forgoing information, and I understand that if I submit this Application, the court will assess and, when funds exist, collect the full fee in the manner set forth above. I further understand that no money should be sent with this Application.

**I authorize the correctional facility in which I am housed and any correctional facility to which I am transferred to withdraw from my trust fund account and forward to the federal court a) an initial partial filing fee for this action (20% of greater of my average monthly deposits or average monthly balance for the past six months), and b) subsequent monthly payments (20% of my previous month's deposits) until I have paid the full filing fee of $455 for this action.**

Print your name _____

_____      _____
**Signature and Prisoner #**                                                    Date

================================================================

**TO BE COMPLETED BY AUTHORIZED OFFICER OF INSTITUTION (PLEASE ATTACH LEGIBLE CERTIFIED COPY OF INMATE'S PRISONER ACCOUNT STATEMENT FOR THE PREVIOUS SIX MONTH PERIOD):**

I certify that the attached is a true and accurate copy of the inmate's prisoner account statement.

_____
Authorized Officer of Institution