# TRANSMISSION FORM

| District Court | District Court No.   1:07cv2486 |
|---|---|
| NORTHERN OHIO, EASTERN DIVISION, Cleveland | USCA No.   **07-4130** |

| CAPTION | CURRENT COUNSEL FOR PLAINTIFF |
|---|---|
| | NAME: Jonathan Lee Riches |
| JONATHAN LEE RICHES | FIRM NAME: #40948-018 |
| | ADDRESS: FCI - Williamsburg |
| | P.O. Box 340 |
| PLAINTIFF -   APPELLANT | Salters, SC.  29590 |
| | TELEPHONE: |
| v. | |
| | CURRENT COUNSEL FOR DEFENDANT |
| LeBRON JAMES, et al.. | NAME: |
| | FIRM NAME: |
| DEFENDANT -   Appellees | ADDRESS: |
| | TELEPHONE: |

If Habeas Corpus, Certificate of Appealability is:   ( ) granted   ( ) denied   ( ) pending

Criminal Defendant: ( ) on bond   ( ) incarcerated   ( ) on probation

Fees:   District Court & USCA Fee Paid:   ( ) yes   ( X ) no   ( ) not required
        Pauper Status:   ( ) granted   (X) denied   ( ) pending
        Affidavit of Financial Status Filed: ( ) yes   ( ) no

Counsel:   ( ) appointed   ( ) retained   (X) pro se

District Court Judge:   Boyko       Court Reporter:   NONE

Any hearing or trial  ( ) yes   (X) no       If yes, dates ___

FROM   Shawn Harrigan             DATE   AUGUST 30, 2007

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals _____
The new information sent at this transmittal is _____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, 2007. Clerk, GERI M. SMITH, U.S. District Court